*Richard S. Lowe,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Wanamaker, Appellant.

Argued September 12, 1966. *Sol Henry Kitei,* for appellant; *Alan J. Davis,* Assistant District Attorney, with him *Victor J. DiNubile, Jr.,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Watson, Appellant.

Submitted September 12, 1966. *James Stewart Watson,* appellant, in propria persona; *Charles C. Brown, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Watson, Appellant.

Submitted September 12, 1966. *John R. Watson,* appellant, in propria persona; *Charles C. D. Lundy* and *Alan J. Davis,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.